IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED
IN OPEN COURT

JUN 1 1 2010

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 2:10CR61 |
| v. ) | |
| ) | |
| ALAN PAUL STRIEPER, ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Counts One of the Criminal Information and Counts Two, Three and Four of the Indictment and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

**A.   General Facts**

1. In early November 2009, defendant ALAN PAUL STRIEPER joined an online forum which allows individuals to chat and share stories relating to their interests in young boys. STRIEPER joined the forum using the username "NAVAPS09" and chatted under the screen name "Paul P." From late November 2009 until February 5, 2010, STRIEPER participated in sexually explicit chats with one of the forum administrators who was a confidential source associated with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). During these online chats, STRIEPER discussed his sexual interest in young boys, his desire to kidnap and molest a child, and his large collection of child pornography.

B.   **Facts Related To Attempted Enticement**

2.   From late November 2009 until February 5, 2010, STRIEPER and the undercover discussed their sexual interest in young children and developed a plan to attempt to kidnap a young child with the purpose of molesting him. Specifically, STRIEPER, identified by his screen name "Paul P," and the confidential source participated in the following online discussions[1]:

> U/C    (12/1/2009 8:03:10 PM): whats your aoa again?
> Paul P (12/1/2009 8:03:54 PM): Normally 6 to 12 but I like really young latley lol
> Paul P (12/1/2009 8:05:04 PM): Imagining how tight a 2 yo *** would be makes me so hard lol
> Paul P (12/1/2009 8:06:35 PM): If only I could actually **** a 2yo lol
> U/C    (12/1/2009 8:06:49 PM): i know. i cannot even imagine
> Paul P (12/1/2009 8:07:46 PM): Yes same here lol! But how to get the opportunity to do it is the question
> Paul P (12/1/2009 8:09:38 PM): How would you get a 2yo to consent or does that matter? lol
> Paul P (12/1/2009 8:11:14 PM): I think about that issue a lot. Sometimes I say "yes they would have to consent" other times I say "oh well do it anyway"
>
> ****
>
> Paul P (12/1/2009 11:00:43 PM): Okay I am going to say some really ****ed up stuff... U ready for it?
> U/C    (12/1/2009 11:01:08 PM): i certainly am
> Paul P (12/1/2009 11:04:32 PM): Okay cool, imagine if he was like 2 or less and you were ****ing him. What if he started bleeding? What would you do?just continue or stop? Have you ever thought of just grabbing a nice cutie that is walkiing home from school or something?
> U/C    (12/1/2009 11:04:47 PM): yeah.
> U/C    (12/1/2009 11:05:26 PM): please let's agree to never tell ANYONE else how we are chattting
> U/C    (12/1/2009 11:05:34 PM): i think a lot of people would be surprsed at me
> Paul P (12/1/2009 11:07:44 PM): It would be extra lube lol I won't ever tell anyone. Besides you're the only one I talk to from the site lol. Not many talkers there. I would and have wanted to just grab a cutie too!

---

[1] All misspellings were contained in the original chats.

**Paul P** (12/1/2009 11:15:54 PM): would you do a boy with me if I had one? Cuz I would
**U/C** (12/1/2009 11:16:12 PM): i think that would be awesome
**Paul P** (12/1/2009 11:16:42 PM): I totallly agree!!
**U/C** (12/1/2009 11:16:57 PM): I'm getting sick of this fantasy **** lol
**Paul P** (12/1/2009 11:17:08 PM): I should come visit you or you should come visit me one day lol
**U/C** (12/1/2009 11:17:21 PM): i would love that
**Paul P** (12/1/2009 11:17:55 PM): me too!! I just want to do it!! How do so many guys actually get to do it for real?
**U/C** (12/1/2009 11:18:13 PM): i wish i knew
**Paul P** (12/1/2009 11:19:04 PM): I have vacation in late December through early January but you probably have family to see right?

****

**Paul P** (12/2/2009 10:28:48 PM): So far I think we have to to pick a location, study it and the kids there and there routines
**U/C** (12/2/2009 10:29:09 PM): ok.
**U/C** (12/2/2009 10:29:18 PM): is there a timeline involved here?
**Paul P** (12/2/2009 10:29:28 PM): Perhaps there is some loner kids
**U/C** (12/2/2009 10:29:40 PM): great idea
**U/C** (12/2/2009 10:30:13 PM): are we wanting one or two, or are we flexible?
**Paul P** (12/2/2009 10:30:18 PM): I'm not sure of the timeline exactly but once a quick one, once we have our location
**U/C** (12/2/2009 10:30:42 PM): you mean, move fast once we figure out where?
**Paul P** (12/2/2009 10:30:52 PM): We can do one or two I think
**U/C** (12/2/2009 10:31:00 PM): ok. play that part by ear
**U/C** (12/2/2009 10:31:36 PM): do you have any ideas on where? do you know of places around you?
**Paul P** (12/2/2009 10:31:52 PM): I mean once we are going to the location getting ready for the real thing we have to be quick in getting him so it's not noticable
**U/C** (12/2/2009 10:32:00 PM): oh i see.
**U/C** (12/2/2009 10:32:17 PM): you know, i was thinking too, it's probably better if we don't do it in our own city
**U/C** (12/2/2009 10:32:25 PM): that way no one might recognize us
**Paul P** (12/2/2009 10:32:39 PM): Once we have him we can take basicly as long as we want
**U/C** (12/2/2009 10:32:49 PM): where would we take him?
**Paul P** (12/2/2009 10:33:03 PM): Exactly, we do it in a random city
**U/C** (12/2/2009 10:33:26 PM): perfect.



**Paul P** (12/2/2009 10:33:37 PM): Rent a cheap hotel with no cameras preferably
**U/C** (12/2/2009 10:33:45 PM): ahh true.
**Paul P** (12/2/2009 10:34:22 PM): Then we can \*\*\*\* him all we want

\*\*\*\*

**U/C** (12/2/2009 10:34:58 PM): what age were you thinking? i don't want to get caught.
**U/C** (12/2/2009 10:35:00 PM): me too
**U/C** (12/2/2009 10:35:07 PM): i don't want him to tell
**Paul P** (12/2/2009 10:35:27 PM): Yeah I definatly wouldn't want to get caught
**Paul P** (12/2/2009 10:35:46 PM): I think the younger the better
**U/C** (12/2/2009 10:35:50 PM): i agree
**Paul P** (12/2/2009 10:36:17 PM): But I'm guessing it has to be a kid walking to or from school or something like that

\*\*\*\*

**Paul P** (12/2/2009 10:41:42 PM): So that's kind of a start of a plan
**U/C** (12/2/2009 10:41:48 PM): yep.
**Paul P** (12/2/2009 10:42:19 PM): Ya I would have to visit some towns/cities and study them I think
**U/C** (12/2/2009 10:42:28 PM): ok.
**U/C** (12/2/2009 10:42:36 PM): are you flexible to be able to do that?
**Paul P** (12/2/2009 10:43:56 PM): I think at least 2 out of four weekends a month I can go wherever without having to be at work.
**Paul P** (12/2/2009 10:44:49 PM): If your flexable you could fly here and then we can drive to a town like 45 min away or something like that

\*\*\*\*

**U/C** (12/2/2009 10:56:30 PM): what age would your ideal age be to grab?
**Paul P** (12/2/2009 10:57:25 PM): You think 4 or 5 is possible?
**U/C** (12/2/2009 10:57:35 PM): i would think so
**Paul P** (12/2/2009 10:57:58 PM): Although I would like younger but younger doesn't exactly walk down the street lol
**U/C** (12/2/2009 10:58:06 PM): i know
**Paul P** (12/2/2009 10:59:22 PM): I wonder how it's possible other people do it even with the younger ones.

\*\*\*\*

4

3. STRIEPER and the confidential source also discussed videotaping the molestation of their victim:

> U/C (12/3/2009 8:45:17 PM): hey, do you have a digi cam??
> Paul P (12/3/2009 8:45:55 PM): I have several rolls of duct tape actually. I do have a camera
> Paul P (12/3/2009 8:47:03 PM): To bad I don't have a video camera lol
> Paul P (12/3/2009 8:48:02 PM): Just a digital camera but I got a web cam
> U/C (12/3/2009 8:48:14 PM): ahhh even better
> U/C (12/3/2009 8:48:21 PM): that can take video right?
> Paul P (12/3/2009 8:48:36 PM): Sure can!
>
> \*\*\*\*
>
> U/C (12/4/2009 9:34:22 PM): don't forget your webcam
> U/C (12/4/2009 9:34:34 PM): or would that not be good??
> Paul P (12/4/2009 9:35:36 PM): I would watch many many times!! It does create evidence though. But we could still fo it and I can encrypt it

4. In January, 2010, STRIEPER and the confidential source returned to the topic of meeting to kidnap and molest a child. At this time, STRIEPER and the confidential source made plans for the confidential source to travel from St. Louis, Missouri to Norfolk for the purpose of setting their plan into motion and attempting to kidnap a child.

> Paul P (1/9/2010 5:09:12 PM): well, since so much time has passed, do you still want to/ are willing to do the plan, whenever that could be?
>
> \*\*\*\*
>
> U/C (1/9/2010 5:09:27 PM): yeah, i do, don't you?
> Paul P (1/9/2010 5:09:34 PM): Of course I do!!
>
> \*\*\*\*
>
> Paul P (1/9/2010 5:18:15 PM): So, i really hope we can find a cute little boy!
>
> \*\*\*\*



U/C (1/9/2010 5:23:32 PM): so, we need to get together a list or plan or something probably.

\*\*\*\*

**Paul P** (1/9/2010 5:25:21 PM): i will have my fake id, a rental car, duct tape, a hotel reservation, maybe some odd objects like a screw driver lol, blankets, cleaning supplies, gloves, and i think thats it. unless i am forgetting something.

\*\*\*\*

**Paul P** (1/13/2010 6:54:36 PM): Well, lets give it like a few days and both of us truely think hard and somewhat long and be absouutly sure we want to risk it and weather the guilty factor would eat us alive

\*\*\*\*

**Paul P** (1/14/2010 5:25:57 PM): Cool thanks! And as I go offline for a bit, I do have my answer on the plan but it's more fun to not tell you until I get back online lol

\*\*\*\*

**Paul P**        (1/14/2010 9:55:15 PM): But my answer is yes let's do it! I can't wait to rape a little boy!

5.   On January 15, 2010, STRIEPER and the source discussed the flight from St. Louis, Missouri, for the confidential source. A flight was picked for the confidential source to arrive on February 5, 2010, at 6:45PM in Norfolk with a return flight on February 7, 2010. During subsequent chats, STRIEPER states that he will pick up the confidential source at the airport. The confidential source also sent to STRIEPER a photograph of an undercover ICE agent who would meet STRIEPER at the airport.

6.   On February 5, 2010, STRIEPER arrived at the Norfolk International Airport to pick up the confidential informant whom he believed was arriving on a flight from St. Louis, Missouri. An undercover ICE agent, posing as the confidential informant, exited the airline



terminal with other passengers from the designated flight and met STRIEPER at their previously-agreed upon meeting place. As the undercover ICE agent approached STRIEPER to exchange greetings, other ICE agents arrested both STRIEPER and the undercover ICE agent.

7.      An inventory search of STRIEPER's rental vehicle revealed a backpack and shopping bags from Target. Inside the shopping bags, ICE agents discovered two rolls of duct tape, a pre-paid Tracfone, rubber gloves, sponges, bleach and other cleaning materials, several bottles of unknown pills. Inside the backpack, ICE agents located a stuffed Elmo doll.

8.      In the Commonwealth of Virginia, a person is guilty of rape if he engages in sexual intercourse with a child under the age of thirteen. Va. State Code Ann. § 18.2-61. A person is guilty of forcible sodomy if he engages in fellatio or anal intercourse with a child under the age of thirteen. Va. State Code Ann. § 18.2-67.1.

**C.      Facts Related To Receipt and Possession of Child Pornography**

9.      During his chats with the confidential informant, STRIEPER discussed his interest in child pornography and described in detail numerous child pornography images he had in his collection:

> U/C   (12/1/2009 8:29:35PM): do you have a large....collection? lol
> Paul P (12/1/2009 8:30:35PM): At the moment I do. It's 20 gb if you know how big that is. It's almost time to wipe and start over though
>
> ****
>
> Paul P (12/1/2009 8:32:18PM): Do you know what limewire is?
> U/C   (12/1/2009 8:32:33 PM): I've heard of it.
> Paul P (12/1/2009 8:33:04PM): That's where I find my stuff. It all depends on what you want though
>
> ****

> U/C (12/1/2009 8:44:26PM): what's your fav?
> Paul P (12/1/2009 8:45:26PM): I do like the toddlers! That's actually rather hard to find lol so I mostly have 6 and up

10. On February 3, 2010, an ICE agent obtained a search warrant for STRIEPER's residence. ICE agents executed the search warrants on February 5, 2010, and seized numerous computers and other electronic media. A subsequent forensic analysis of all electronic media seized from STRIEPER revealed that STRIEPER possessed numerous images and videos of child pornography on a Seagate hard drive which was manufactured outside of the Commonwealth of Virginia. STRIEPER's collection of child pornography included images of prepubescent children and child pornography images that featured sadomasochistic conduct.

11. The forensic analysis further revealed that STRIEPER used Limewire, an online peer-to-peer file sharing system, to receive child pornography. Specifically, on February 3, 2010, in Virginia Beach, STRIEPER knowingly downloaded and received via Limewire a movie containing child pornography titled "13yo son loves Dad's big uncut ****." STRIEPER received this image after being transported in interstate commerce via computer.

12. Also, on February 4, 2010, in Virginia Beach, STRIEPER knowingly downloaded and received via Limewire a movie containing child pornography titled "Father and Daughter 12yo." STRIEPER received this image after being transported in interstate commerce via computer.

13. The Internet is an interconnected network of computers with which one communicates when on-line, and that network crosses state and national borders.



Neil H. MacBride
United States Attorney

By: _____
Elizabeth M. Yusi
Assistant United States Attorney


After consulting with my attorney ~~and pursuant to the plea agreement entered into this day between the defendant, ALAN PAUL STRIEPER, and the United States,~~ I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
ALAN PAUL STRIEPER


I am ALAN PAUL STRIEPER's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Walter B. Dalton, Esq.
Assistant Federal Public Defender