IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 2:10CR61 |
| v. | ) | |
| | ) | |
| ALAN PAUL STRIEPER, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S POSITION WITH RESPECT
TO THE PRE-SENTENCE REPORT**

The United States of America, by and through its attorneys, Neil H. MacBride, United States

Attorney for the Eastern District of Virginia, and Melissa E. O'Boyle, Assistant United States

Attorney, states that, upon review of the Pre-Sentence Investigation Report, the United States has

no objections to any facts or factors material to sentencing in the Pre-Sentence Investigation Report.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____/s/_____
Melissa E. O'Boyle
Assistant United States Attorney
Virginia State Bar No. 47449
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - Melissa.OBoyle@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on August 15, 2010, I electronically filed a copy of the foregoing with the Clerk

of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the

following:

Walter B. Dalton
Assistant Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
(757) 451-0870
(757) 457-0880
walter_dalton@fd.org

I further certify that on August 15, 2010, I caused a true and correct copy of the foregoing

to be mailed to the following:

Janice Hyatt
U.S. Probation Officer
600 Granby Street, Suite 200
Norfolk, Virginia 23510

By:  _____/s/_____
Melissa E. O'Boyle
Assistant United States Attorney
Virginia State Bar No. 47449
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - Melissa.OBoyle@usdoj.gov