IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA

    v.                                                        CASE NO. 2:10cr61

ALAN PAUL STRIEPER

    Defendant.

## NOTICE OF APPEAL

NOTICE is hereby given that ALAN PAUL STRIEPER, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on September 17, 2010.

                                            Respectfully submitted,

                                            ALAN PAUL STRIEPER

                By           /s/
                        Walter B. Dalton
                        Virginia State Bar No. 23015
                        Attorney for Alan Paul Strieper
                        Office of the Federal Public Defender
                        150 Boush Street, Suite 403
                        Norfolk, Virginia 23510
                        Telephone: 757-457-0800
                        Facsimile: 757-457-0880
                        walter_dalton@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Melissa E. O'Boyle
>Assistant U.S. Attorney
>United States Attorney's Office
>101 W. Main Street, Suite 8000
>Norfolk, VA 23510
>Phone No. (757) 441-6331
>Fax No. (757) 441-6689
>melissa.oboyle@usdoj.gov

And I hereby certify that I have mailed the document by U.S. Mail to the following non-filing user:

>Alan Paul Strieper
>c/o Western Tidewater Regional Jail
>2402 Godwin Boulevard
>Suffolk, VA 23434

>_____/s/_____
>Walter B. Dalton
>Virginia State Bar No. 23015
>Attorney for Alan Paul Strieper
>Office of the Federal Public Defender
>150 Boush Street, Suite 403
>Norfolk VA 23510
>Telephone:  757-457-0800
>Facsimile:  757-457-0880
>walter_dalton@fd.org